UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA               :
                                       :        **ORDER**
                - v. -                  :
                                       :        21 Cr. 577 (PKC)
MAY SALEHI,                            :
                                       :
                    Defendant.         :
                                       :
---------------------------------------X

        WHEREAS, with the consent of defendant May Salehi, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on September 20, 2021;

        WHEREAS a transcript of the allocution was made and thereafter was transmitted to this Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea,

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:    New York, New York
        September 21, 2021

                                   THE HONORABLE P. KEVIN CASTEL
                                   United States District Judge
                                   Southern District of New York