

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 10, 2021

**BY ECF AND EMAIL**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
Daniel Patrick Moynihan U.S. Courthouse
New York, New York 10007

Application GRANTED.

SO ORDERED.
Dated: New York, New York
           December 10, 2021

*[signature]*
P. Kevin Castel
United States District Judge

Re:   *United States v. May Salehi*, 21 Cr. 577 (PKC)

Dear Judge Castel:

Sentencing in the above-captioned case is scheduled for March 30, 2022 at 11:00 a.m. The Government respectfully submits this letter—with the consent of the defense and the Probation Department—to request that the Court modestly adjust the current schedule associated with the disclosures of the Presentence Investigation Report ("PSR").

At present, Probation intends to issue the draft PSR on December 13, 2021, and the final PSR on January 11, 2022. The parties and Probation jointly request that these disclosure dates be pushed back by approximately one week, so that the disclosure schedule instead is:

- December 20, 2021 for the draft PSR, and
- January 18, 2022 for the final PSR.

The requested new disclosure dates would have no effect on the sentencing date in late March, but would provide the parties additional time to address any inquiries from Probation.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *[signature]*
    Michael D. Neff / Louis A. Pellegrino
    Assistant United States Attorneys
    (212) 637-2107 / 2617

cc:  Jonathan N. Halpern, Esq. (by ECF and email)
     U.S. Probation Officer James Mullen (by email)