```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA            :
                                    :
                                    :
               -v-                  :    21-cr-577 (JSR)
                                    :
MAY SALEHI,                         :           ORDER
                                    :
        Defendant.                  :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

Defendant May Salehi's motion to alter the fine imposed by the Court is hereby denied. A brief memorandum order explaining the reasons for this ruling will issue in due course.

SO ORDERED.

Dated:  New York, NY  
       April 21, 2022                JED S. RAKOFF, U.S.D.J.